UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME PASKEL**  **PETITIONER**
**ADC #154593**

v.   No. 4:22-CV-00726-LPR-JTR

**DOE**  **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. The Clerk of the Court is directed to recategorize this action as a § 2254 habeas action.

IT IS THEREFORE ORDERED that the 28 U.S.C. § 2254 Petition filed by Jerome Paskel is denied and that this case is dismissed without prejudice.

Dated this 27th day of December, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE