UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME PASKEL**                                                               **PETITIONER**
**ADC #154593**

v.                              No. 4:22-CV-00726-LPR-JTR

**DOE**                                                                                            **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this habeas case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 27th day of December, 2022.

                                                                    _____
                                                                       LEE P. RUDOFSKY
                                                                       UNITED STATES DISTRICT JUDGE